# Exhibit A

**CONFIDENTIAL**





2