# Exhibit B

| Date | Time | Name | Event | Card Number | Location | Event Type | Pointer | Department | a_code | b_code |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/14/2022 | 10:25:54 | Serge Sarkisian | Access Granted | 34204 | IT Room | 28 | 74218 | [ blank ] | 2 | 0 |
| 9/14/2022 | 10:27:00 | Serge Sarkisian | Door Held Open | 34204 | IT Room | 18 | 74219 | [ blank ] | 3 | 3 |
| 9/23/2022 | 08:26:26 | Serge Sarkisian | Access Granted | 34204 | Main Entrance | 28 | 74286 | [ blank ] | 2 | 0 |
| 9/27/2022 | 15:05:39 | Serge Sarkisian | Access Granted | 34204 | IT Room | 28 | 74302 | [ blank ] | 2 | 0 |
| 9/27/2022 | 15:06:45 | Serge Sarkisian | Door Held Open | 34204 | IT Room | 18 | 74303 | [ blank ] | 3 | 3 |
| 9/29/2022 | 09:42:40 | Serge Sarkisian | Access Granted | 34204 | Main Entrance | 28 | 74313 | [ blank ] | 2 | 0 |
| 9/29/2022 | 15:50:52 | Serge Sarkisian | Access Granted | 34204 | Main Entrance | 28 | 74351 | [ blank ] | 2 | 0 |
| 9/30/2022 | 12:22:53 | Serge Sarkisian | Access Granted | 34204 | Main Entrance | 28 | 74388 | [ blank ] | 2 | 0 |
| 10/3/2022 | 06:33:56 | Serge Sarkisian | Access Granted | 34204 | Main Entrance | 28 | 74423 | [ blank ] | 2 | 0 |
| 10/3/2022 | 06:59:18 | Serge Sarkisian | Access Granted | 34204 | Main Entrance | 28 | 74424 | [ blank ] | 2 | 0 |
| 10/3/2022 | 08:33:47 | Serge Sarkisian | Access Granted | 34204 | Main Entrance | 28 | 74430 | [ blank ] | 2 | 0 |
| 10/3/2022 | 09:36:30 | Serge Sarkisian | Access Granted | 34204 | Main Entrance | 28 | 74453 | [ blank ] | 2 | 0 |
| 10/5/2022 | 09:09:17 | Serge Sarkisian | Access Granted | 34204 | Main Entrance | 28 | 74495 | [ blank ] | 2 | 0 |
| 10/5/2022 | 11:29:55 | Serge Sarkisian | Access Granted | 34204 | Main Entrance | 28 | 74509 | [ blank ] | 2 | 0 |