# Exhibit C

# Tambone, Nicholas

| | |
|---|---|
| **From:** | Derek Bestreich <dbestreich@iprg.com> |
| **Sent:** | Monday, October 17, 2022 16:19 |
| **To:** | Flanders, Craig |
| **Cc:** | Luke Sproviero; Cruse, William R. |
| **Subject:** | FW: Daniel Shawah Joins Lee & Associates Investment Sales Team |



Derek S. Bestreich
IPRG | President
45 Broadway, 29th Floor
New York, NY 10006
O – 718-360-8802
M – 347-752-3059
derek@iprg.com
www.iprg.com

**From:** Derek Bestreich <derek.bestreich@gmail.com>
**Sent:** Monday, October 17, 2022 4:14 PM
**To:** Derek Bestreich <dbestreich@iprg.com>
**Subject:** Fwd: Daniel Shawah Joins Lee & Associates Investment Sales Team



---------- Forwarded message ---------
From: **Lee & Associates NYC** <isales@lee-associates.com>
Date: Mon, Oct 17, 2022 at 3:20 PM
Subject: Daniel Shawah Joins Lee & Associates Investment Sales Team
To: <derek.bestreich@gmail.com>

1



Lee NYC is pleased to welcome

# DANIEL SHAWAH

as a senior broker specializing in Investment Sales.

**FOR MORE INFORMATION CONTACT:**

**DANIEL SHAWAH**
**Director**
**D. 212.776.1282 C. 203.521.6348**
**dshawah@lee-associates.com**

Lee & Associates NYC | 845 Third Avenue, New York, NY 10022

Unsubscribe derek.bestreich@gmail.com

Update Profile | Constant Contact Data Notice

Sent by isales@lee-associates.com

--
Derek S. Bestreich
(347) 752-3059
derek.bestreich@gmail.com