**SOUTHERN DISCTRICT OF THE STATE OF NEW YORK**

| | |
|---|---|
| INVESTMENT PROPERTY REALTY GROUP, LLC<br><br>                              Plaintiff (s),<br><br>     -against-<br><br>BLOCK REAL ESTATE GROUP LLC, SEAN MASHIHI, GABRIEL KATES, DANIEL SHAWAH, and SERGE SARKISIAN;<br><br>                              Defendant(s), | Civil Action No.  22-cv-08943<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE THAT** Joshua D. Wurtzel of the law firm Schlam Stone & Dolan LLP, with offices located at 26 Broadway, New York, NY 10004, enters an appearance in this action on behalf of Defendant DANIEL SHAWAH and demands that all notices and other papers in this action be served upon the Defendant at the address below.  I hereby certify that I am admitted to practice in this Court.

Dated: October 21, 2022

New York, NY

                                        Respectfully submitted,

                                        *[signature: Joshua Wurtzel]*
                                        _____
                                        JOSHUA D. WURTZEL
                                        SCHLAM STONE & DOLAN LLP
                                        26 Broadway
                                        New York, NY 10004
                                        Main: 212 344-5400
                                        jwurtzel@schlamstone.com

                                        *Attorney for Defendant* DANIEL SHAWAH

1