USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| INVESTMENT PROPERTY REALTY GROUP, LLC, | : | |
| | : | |
| Plaintiff, | : | Case No. 22-cv-08943-GHW |
| | : | |
| v. | : | |
| | : | |
| BLOCK REAL ESTATE GROUP LLC, SEAN MASHIHI, GABRIEL KATES, DANIEL SHAWAH, AND SERGE SARKISIAN, | : | **ORDER** |
| | : | |
| Defendants. | : | |

---

**WHEREAS** as set forth in the Order to Show Cause dated October 20, 2022 [ECF Doc. 19] (the "OSC"), which was submitted to the Court by Plaintiff Investment Property Realty Group, LLC ("IPRG"), IPRG moves for a preliminary injunction (the "Motion").

**WHEREAS** Defendant Block Real Estate Group, LLC ("Block"), along with defendant Sean Mashihi, and defendant Gabriel Kates (collectively, the "Block Defendants"), defendant Serge Sarkisian ("Sarkisian") and Defendant Daniel Shawah ("Shawah"), without making any admissions or waivers whatsoever, including admissions of liability, and fully reserving all claims and defenses, have consented to the entry of an order granting Plaintiff the injunctive relief set forth below.

WHEREAS, the Court finds as a preliminary matter and without the benefit of any of Defendants' evidence that Plaintiff's allegations appear sufficient to establish a likelihood of success on the merits and risk of irreparable harm adequate to justify entry of a preliminary injunction based on Defendants' consent thereto given without any admission of liability or waiver by Defendants.

It is hereby **ORDERED** that until further Order of the Court the Block Defendants, Defendant Sarkisian, Defendant Shawah, and all those acting in concert with them are enjoined, until further Order of this Court from:

a. directly or indirectly accessing, using, copying, publishing, disclosing, discriminating, appropriating, transferring, alienating, licensing, or selling IPRG's proprietary, confidential, and trade secret information or other confidential proprietary information, including any information forming all or part of the IPRG's 'shared information database' and any other information that may be determined to be trade secret information and from obtaining any commercial advantage or unjust enrichment from the misappropriation of IPRG's proprietary, confidential, and/or trade secret information through any other acts;

b. soliciting IPRG employees or independent contractors to terminate their relationship with IPRG or otherwise interfering with IPRG's relationship with their employees or independent contractors; and

c. destroying, manipulating, or otherwise altering any evidence, including evidence that may reside on (or be embodied by changes to) any computer system, network, or other electronic means of data storage or transfer, relating in any way to the matters alleged in the Verified Complaint.

**IT IS HEREBY FURTHER ORDERED THAT** the OSC is **VACATED** along with all obligations, dates, and deadlines set forth therein, including the November 10 hearing, all briefing, and all remaining depositions and other expedited discovery are **HEREBY VACATED AND MODIFIED** except that the Block Defendants and Defendant Sarkisian shall serve Plaintiff with their respective affidavits that were originally required in the OSC on or before November 2, 2022.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 25 and 28.

SO ORDERED.

Dated: November 1, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge