USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
INVESTMENT PROPERTY REALTY GROUP, :
LLC, :
: 1:22-cv-8943-GHW
Plaintiff, :
: ORDER
-v - :
:
BLOCK REAL ESTATE GROUP LLC, SEAN :
MASHIHI, GABRIEL KATES, DANIEL :
SHAWAH, *and* SERGE SARKISIAN, :
:
Defendants. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court will hold the continuation of the initial pretrial conference on November 21, 2022 at 2:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: November 17, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge