UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INVESTMENT PROPERTY REALTY GROUP, LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>BLOCK REAL ESTATE GROUP LLC, SEAN MASHIHI, GABRIEL KATES, DANIEL SHAWAH, and SERGE SARKISIAN<br><br>                        Defendants. | Case No.: 1:22-cv-08943-GHW-VF<br><br>**[PROPOSED]**<br>**ORDER TO SHOW CAUSE**<br>**FOR KISHNER MILLER HIMES,**<br>**P.C. TO WITHDRAW**<br>**AS COUNSEL OF RECORD FOR**<br>**DEFENDANT SERGE SARKISIAN** |

**UPON** the affidavit of Ryan O. Miller, Esq. dated December 13, 2022, the accompanying memorandum of law, of same date, and sufficient cause being alleged there from, let all parties or their attorneys appear and show cause before the Honorable Judge Gregory H. Woods, at the United States District Court Southern District of New York Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, Courtroom 12C, New York, NY 10007 on the ___ day of December, 2022, at _____ a.m/p.m. of that day or via a telephone conference call as further directed by the Court or as soon thereafter as counsel may be heard as so directed by this Court why an Order should not be made and entered herein:

A. Pursuant to Local Rule 1.4 allowing Kishner Miller Himes, P.C. ("KMH") to withdraw as counsel of record for Defendant Serge Sarkisian ("Sarkisian"); and

B. for such other and further relief as this Court may deem just and proper.

Sufficient reason therefore appearing, it is

**ORDERED** that service of a copy of this Order, together with supporting documents, shall be served upon Defendant Serge Sarkisian on or before the ___ day of December, 2022 via overnight Federal Express at his last known address of 60-34 Gates Avenue, Queens, New York

which shall be deemed good and sufficient service; and it is further

**ORDERED** that service of a copy of this Order, together with supporting documents, shall be served upon all counsel of record via ECF which shall be deemed good and sufficient service; and it is further

**ORDERED**, that opposition papers, if any, are to be served so as to be received by the close of business on the _____ day of December, 2022 from any party with counsel of record via ECF and from Defendant Serge Sarkisian via email and regular mail shall be deemed good and sufficient service.

        ENTER:        SO ORDERED:

_____
GREGORY H. WOODS, U.S.D.J