```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                 :
INVESTMENT PROPERTY REALTY GROUP, :
LLC, :
                 :
              Plaintiff, :       1:22-cv-8943-GHW
                 :
        -v - :          ORDER
                 :
BLOCK REAL ESTATE GROUP LLC, SEAN :
MASHIHI, GABRIEL KATES, DANIEL :
SHAWAH, *and* SERGE SARKISIAN, :
                 :
              Defendants. :
                 :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On November 22, 2022, the Court established December 15, 2022 as the deadline for Defendants Serge Sarkisian, Block Real Estate Group LLC, Gabriel Kates, and Sean Mashihi (the "Moving Defendants") to file their proposed motion to dismiss. *See* Dkt. No. 52. As of December 22, 2022, the Moving Defendants have not filed the proposed motion to dismiss. Given that the December 15, 2022 deadline has passed, and the Moving Defendants have neither filed the proposed motion to dismiss to dismiss nor requested an extension of the deadline to file the proposed motion, the Court *sua sponte* extends the deadline for the Moving Defendants to file an answer to December 30, 2022.

       The Clerk of Court is directed to mail a copy of this order by first-class mail to Defendant Sarkisian.

       SO ORDERED.

Dated: December 22, 2022
        New York, New York

                                                          _____
                                                               GREGORY H. WOODS
                                                               United States District Judge