```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
INVESTMENT PROPERTY REALTY GROUP,        :
LLC,                                                                          :
                                                                                   :                1:22-cv-8943-GHW
                                             Plaintiff,               :
                                                                                   :                      ORDER
                         -v -                                           :
                                                                                   :
BLOCK REAL ESTATE GROUP LLC, SEAN  :
MASHIHI, GABRIEL KATES, DANIEL          :
SHAWAH, *and* SERGE SARKISIAN,            :
                                                                                   :
                                             Defendants.         :
                                                                                   :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on January 11, 2023, the Court denies without prejudice the joint request by Plaintiff and Defendant Shawah for entry of a permanent injunction order by consent. *See* Dkt. No. 73.

The Clerk of Court is directed to mail a copy of this order by first-class mail to Mr. Sarkisian.

SO ORDERED.

Dated: January 12, 2023
         New York, New York

_____
GREGORY H. WOODS
United States District Judge