```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                             :

INVESTMENT PROPERTY REALTY GROUP,   :
LLC,
                                                             :          1:22-cv-8943-GHW

                                 Plaintiff,    :

                                                             :                  ORDER
                    -v -                              :

BLOCK REAL ESTATE GROUP LLC, et al.,    :

                                Defendants.    :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated November 21, 2022, Dkt. No. 51, the parties were directed to submit a joint status letter to the Court no later than July 26, 2023. The Court has not received that letter. The parties are directed to comply with the Court's November 21, 2022 order forthwith.

      The Clerk of Court is directed to mail a copy of this order to Defendant Sarkisian.

      SO ORDERED.

Dated: July 27, 2023
      New York, New York
                                                                  GREGORY H. WOODS
                                                           United States District Judge