```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
INVESTMENT PROPERTY REALTY GROUP,                                 :
LLC,                                                              :
                                                                  :
                                        Plaintiff,                :
                                                                  :
                -v -                                              :
                                                                  :
BLOCK REAL ESTATE GROUP LLC, et al.,                              :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2023
```

1:22-cv-8943-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

In the Court's order dated November 21, 2022, Dkt. No. 51, the parties were directed to submit a joint status letter to the Court no later than July 26, 2023. Having not received that letter, on July 27, 2023, the Court directed the parties to comply with the Court's November 21, 2022 order forthwith. Dkt. No. 113. The Court still has not received that letter. The parties are directed to comply with the Court's November 21, 2022 and July 27, 2023 orders forthwith, and in no event later than 5:00 p.m. on August 1, 2023. Failure to comply with this order may result in dismissal of this action for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Defendant Sarkisian.

SO ORDERED.

Dated: July 31, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge